IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10339
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY VERDELLO DUNKINS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CR-341-ALL-G
--------------------
December 14, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Anthony Verdello Dunkins appeals his conviction for being a felon in possession of a firearm. Dunkins argues that the evidence presented at his trial was insufficient to support his conviction. In particular, he contends that there was insufficient proof that the charged firearm possession had a substantial effect on interstate commerce or that, at the time Dunkins possessed the firearm, there was a contemporaneous movement of the weapon in interstate commerce. Id. Dunkins

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

concedes that his arguments are foreclosed by this court's precedent and indicates they are presented here solely for issue preservation purposes.

The "in or affecting commerce" element of § 922(g)(1) requires only a minimal nexus between the firearm and interstate commerce. United States v. Gresham, 118 F.3d 258, 265 (5th Cir. 1997). This element is satisfied because the firearm possessed by Dunkins previously traveled in interstate commerce. United States v. Rawls, 85 F.3d 240, 242 (5th Cir. 1996). The evidence presented at Dunkins' trial amply supports the jury's guilty verdict. Accordingly, Dunkins' conviction is AFFIRMED.